UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS DANIEL JUNCO,

Plaintiff,

v.

MAGNA DEXSYS,

Defendant.
______________________________/

Case No. 1:25-cv-829

Hon. Hala Y. Jarbou

**ORDER**

On October 29, 2026, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) that the Court grant Defendant's motion for summary judgment and dismiss this case. (R&R, ECF No. 41.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on November 12, 2026. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 41) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will enter consistent with this Order.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE